1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   SANA SWE (State Bar No. 173024) sanaswe@paulhastings.com
2  LESLIE D. ELLIS (State Bar No. 222724) leslieellis@paulhastings.com
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   Attorneys for Defendant
6  UNITED PARCEL SERVICE, INC.

7  M. VAN SMITH (State Bar No. 32007) mvsmith@sbcglobal.net
   Attorney at Law
8  1696 Mendenhall Drive
   San Jose, CA 95130
9  Telephone: (408) 364-1062
   Facsimile: (408) 273-6496
10
   Attorney for Plaintiffs
11 JEFFREY GIPPETTI
   MANUAL ALVARADO
12 THOMAS DAVID BANBURY
   THOMAS ROBERT GAZAY
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        (San Jose Division)         *E-FILED - 5/4/07*
16

17 JEFFREY GIPPETTI, MANUAL          Case No. C-07-00812 RMW
   ALVARADO, THOMAS DAVID
18 DANBURY, THOMAS ROBERT            **STIPULATION AND [xxxxxxxxxxxxxx]
   GAZAY,                            ORDER STRIKING CLASS ACTION
19                                   ALLEGATIONS FROM THE FIRST
              Plaintiffs,            AMENDED COMPLAINT**
20
       vs.
21
   UNITED PARCEL SERVICE, INC., a
22 corporation, et al.,

23            Defendants.

24

25

26

27

28

   LEGAL_US_W # 55651005.1                    1
   STIP AND ORDER STRIKING CLASS ACTION ALLEGATIONS FROM THE FIRST AM CMPLT

1  IT IS HEREBY STIPULATED by and between the parties, though their respective
2  counsel, that:
3  (1) Plaintiffs Jeffrey Gippetti, Manual Alvarado, Thomas David Banbury and Thomas
4  Robert Gazay for the present agree to delete any class action allegations from their FIRST
5  AMENDED COMPLAINT FOR DISCRIMINATION UNDER FEHA ("Amended Complaint").
6  They contemplate alleging a limited class action if facts develop to support that there is a
7  community of interest as required by law;
8  (2) That Paragraph 4 shall be stricken in its entirety from the Amended Complaint; and
9  (3) That the name of David Banbury be corrected from "Danbury" to "Banbury" in the
10 Amended Complaint.

Dated: March 16, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/
LESLIE D. ELLIS

Attorneys For Defendant
UNITED PARCEL SERVICE, INC.

Dated: Mar. 13, 2007

M. VAN SMITH

By: M Van Smith
M. VAN SMITH

Attorney For Plaintiffs
JEFFREY GIPPETTI, MANUAL ALVARADO,
THOMAS DAVID BANBURY and THOMAS
ROBERT GAZAY

[[xxxxxxxxxxxx]] **ORDER**

WHEREAS, the parties having stipulated,

IT IS SO ORDERED that:

(1) Plaintiffs Jeffrey Gippetti, Manual Alvarado, Thomas David Banbury and Thomas Robert Gazay are dropping any class action allegations from their FIRST AMENDED COMPLAINT FOR DISCRIMINATION UNDER FEHA ("Amended Complaint");

(2) That Paragraph 4 shall be stricken in its entirety from the Amended Complaint; and

(3) That the name of David Banbury be corrected from "Danbury" to "Banbury" in the Amended Complaint.

DATED: 5/4/07

*Ronald M. Whyte*
RONALD M. WHYTE
DISTRICT COURT JUDGE