UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID BANBURY, THOMAS ROBERT GAZAY,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendants. | Case No.: C 07-812   RMW<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

On May 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

    Defendant United Parcel Service is permitted to take a total of twenty-five depositions.

IT IS FURTHER ORDERED that a Further Case Management shall be held at 10:30 a.m on September 21, 2007.

IT IS HEREBY ORDERED that the parties shall comply with Judge Whyte's Standing Order Re: Pre-Trial Preparation (rev. 2/26/03),[1] with regard to the timing and content all pretrial submissions.

Dated: May     21,    2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Whyte's standing order is available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Whyte's name, then on the "Judge Whyte's Standing Orders" link, and finally on the bullet for " Judge Whyte's Standing Order re Pretrial Preparation (02/26/2003)."