1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   THOMAS E. GEIDT (State Bar No. 80955) tomgeidt@paulhastings.com
2  LESLIE D. ELLIS (State Bar No. 222724) leslieellis@paulhastings.com
   LAURA B. SCHER (State Bar No. 243754) laurascher@paulhastings.com
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
7

8  M. VAN SMITH (State Bar No. 32007) mvsmith@sbcglobal.net
   Attorney at Law
9  1696 Mendenhall Drive
   San Jose, CA 95130
10 Telephone: (408) 364-1062
   Facsimile: (408) 273-6496
11
   Attorney for Plaintiffs
12 JEFFREY GIPPETTI
   MANUAL ALVARADO
13 THOMAS DAVID BANBURY            *E-FILED - 10/4/07*
   THOMAS ROBERT GAZAY
14
                     UNITED STATES DISTRICT COURT
15
                     NORTHERN DISTRICT OF CALIFORNIA
16
                            (San Jose Division)
17

18
   JEFFREY GIPPETTI, MANUAL           Case No. C-07-00812 RMW
19 ALVARADO, THOMAS DAVID
   BANBURY, THOMAS ROBERT            **STIPULATION DISMISSING
20 GAZAY,                             PLAINTIFFS MANUAL ALVARADO'S,
                                      THOMAS DAVID BANBURY'S, AND
21        Plaintiffs,                 THOMAS ROBERT GAZAY'S ENTIRE
                                      ACTIONS WITH PREJUDICE AND
22    vs.                             [~~PROPOSED~~] ORDER THEREON**

23 UNITED PARCEL SERVICE, INC., a
   corporation, et al.,
24
          Defendants.
25

26

27

28

---

STIPULATION AND ORDER DISMISSING PLAINTIFFS ALVARADO'S, BANBURY'S, AND GAZAY'S
ENTIRE ACTIONS WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiffs Manual Alvarado's, Thomas David Banbury's, and Thomas Robert Gazay's entire actions shall be dismissed with prejudice pursuant to FRCP 41(a).

Dated: October 3, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Laura Sch[signature]
LAURA B. SCHER

Attorneys For Defendant
UNITED PARCEL SERVICE, INC.

Dated: October 1, 2007          M. VAN SMITH

By: /s/ M Van Smith[signature]
M. VAN SMITH

Attorney For Plaintiffs
JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID BANBURY and THOMAS ROBERT GAZAY

### [PROPOSED] ORDER

WHEREAS, the parties having stipulated, pursuant to FRCP 41(a) IT IS SO ORDERED that Plaintiffs Manual Alvarado's, Thomas David Banbury's, and Thomas Robert Gazay's entire actions are dismissed with prejudice.

DATED: 10/4, 2007   By: Ronald M. Whyte[signature]
THE HONORABLE RONALD M. WHYTE

LEGAL_US_W # 57179802.1