| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | THOMAS E. GEIDT (State Bar No. 80955) tomgeidt@paulhastings.com |
| 2 | LESLIE D. ELLIS (State Bar No. 222724) leslieellis@paulhastings.com |
| | LAURA B. SCHER (State Bar No. 243754) laurascher@paulhastings.com |
| 3 | 55 Second Street |
| | Twenty-Fourth Floor |
| 4 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 5 | Facsimile: (415) 856-7100 |
| 6 | Attorneys for Defendant |
| | UNITED PARCEL SERVICE, INC. |
| 7 | |
| 8 | M. VAN SMITH (State Bar No. 32007) mvsmith@sbcglobal.net |
| | Attorney at Law |
| 9 | 1696 Mendenhall Drive |
| | San Jose, CA 95130 |
| 10 | Telephone: (408) 364-1062 |
| | Facsimile: (408) 273-6496 |
| 11 | |
| | Attorney for Plaintiffs |
| 12 | JEFFREY GIPPETTI |
| | MANUAL ALVARADO |
| 13 | THOMAS DAVID BANBURY |
| | THOMAS ROBERT GAZAY |

*E-FILED - 10/4/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | | |
|---|---|---|
| JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID BANBURY, THOMAS ROBERT GAZAY, | | Case No. C-07-00812 RMW |
| | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| | vs. | |
| UNITED PARCEL SERVICE, INC., a corporation, et al., | | |
| | Defendants. | |

1  IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that:

2. 1. On September 21, 2007, the Court issued an order continuing the Case Management conference scheduled for September 21, 2007 to October 5, 2007 at 10:30 a.m., based upon the pending Motion for Severance of Actions, or in the Alternative, For Separate Trials of Defendant United Parcel Service, Inc. scheduled to be heard on October 5, 2007, at 9:00 a.m. The Court ordered that if it did not rule on the Motion for Severance on October 5, 2007, the Case Management Conference would be continued.

2. On October 3, 2007, pursuant to settlement agreements, the parties filed a Stipulation Dismissing Plaintiffs Manual Alvarado's, Thomas David Banbury's, and Thomas Robert Gazay's Entire Actions with Prejudice and [Proposed] Order Thereon, rendering UPS's Motion for Severance moot.

3. On October 3, 2007, Defendant United Parcel Service, Inc. filed a Notice of Taking Motion for Severance of Actions, or in the Alternative, For Separate Trials of Defendant United Parcel Service, Inc. Off Calendar.

4. The parties continue to attempt to settle the claims of the only remaining Plaintiff, Jeffrey Gippetti, and believe there is potential to settle his claims.

5. The parties have mutually agreed to continue the Case Management Conference to January 4, 2008, and respectfully request that the Court order the continuance of the Case Management Conference, currently set for October 5, 2007, to January 4, 2008 at 10:30 a.m.

Dated: October 4, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Laura Scher
LAURA B. SCHER

Attorneys For Defendant
UNITED PARCEL SERVICE, INC.

Case No. C-07-00812-RMW          STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Dated: October 3, 2007        M. VAN SMITH

3              By: _____M Van Smith_____
                        M. VAN SMITH

   Attorney For Plaintiffs
   JEFFREY GIPPETTI, MANUAL ALVARADO,
   THOMAS DAVID BANBURY and THOMAS
   ROBERT GAZAY

### [PROPOSED] ORDER

The initial Case Management Conference, currently set for October 5, 2007, will be continued to January 4, 2008 at 10:30 a.m.

DATED: __10/4__, 2007   By: _____Ronald M. Whyte_____
                               THE HONORABLE RONALD M. WHYTE

LEGAL_US_W # 57214116.1