```
 1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    THOMAS E. GEIDT (State Bar No. 80955) tomgeidt@paulhastings.com
 2  LAURA B. SCHER (State Bar No. 243754) laurascher@paulhastings.com
    55 Second Street
 3  Twenty-Fourth Floor
    San Francisco, CA  94105-3441
 4  Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
 5
    Attorneys for Defendant
 6  UNITED PARCEL SERVICE, INC.

 7  M. VAN SMITH (State Bar No. 32007) mvsmith@sbcglobal.net
    Attorney at Law
 8  1696 Mendenhall Drive
    San Jose, CA 95130
 9  Telephone: (408) 364-1062
    Facsimile: (408) 273-6496
10
    Attorney for Plaintiffs
11  JEFFREY GIPPETTI
    MANUAL ALVARADO                              *E-FILED - 7/10/08*
12  THOMAS DAVID BANBURY
    THOMAS ROBERT GAZAY
13
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         (San Jose Division)

| | |
|---|---|
| JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID DANBURY, THOMAS ROBERT GAZAY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation, et al.,<br><br>Defendants. | CASE NO. C-07-00812 RMW<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY RESPONSES AND [PROPOSED] ORDER** |

Case No. C-07-00812 RMW                    STIP. TO EXTEND TIME TO FILE MOTION TO
                                           COMPEL DISCOVERY RESPONSES

1  WHEREAS Defendant United Parcel Service, Inc. (UPS) served Plaintiff Jeffrey Gippetti ("Gippetti") via U.S. mail with its First Set of Interrogatories and its Second Request for Production of Documents ("UPS's discovery requests") on May 28, 2008;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Gippetti's response to UPS's discovery requests was due on June 30, 2008;

WHEREAS, on July 3, 2008, UPS's counsel contacted Gippetti's counsel regarding the status of UPS's discovery requests since UPS had not yet received any response;

WHEREAS, on July 7, 2008, Gippetti's counsel contacted UPS's counsel and stated that he had lost UPS's discovery requests and asked that UPS resend its discovery requests. Gippetti's counsel also requested additional time to respond to UPS's discovery requests and stated that Gippetti would respond to UPS's discovery requests as soon as possible;

WHEREAS, the fact discovery cut-off in this lawsuit is June 30, 2008. Accordingly, pursuant to Northern District of California Local Rule 26-2, the deadline to file a motion to compel is July 10, 2008 (seven days after the fact discovery cut-off); and

WHEREAS, consistent with the conferral requirements of Federal Rule of Civil Procedure 37(a)(1) and Northern District of California Local Rule 37-1(a) and to avoid a likely unnecessary motion to compel, the parties agree to extend the deadline for UPS to file a motion to compel.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the deadline for UPS to file a motion to compel be extended from July 10, 2008, to seven days after UPS receives Gippetti's response to UPS's discovery requests.

| | | |
|---|---|---|
| 1 | DATED: July 8, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | By: /s/ Laura Sch |
| 4 | | LAURA B. SCHER |
| 5 | | Attorneys for Defendant |
| 6 | | UNITED PARCEL SERVICE, INC. |
| 7 | DATED: July __, 2008 | |
| 8 | | |
| 9 | | M. VAN SMITH |
| 10 | | Attorney for Plaintiffs |
| 11 | | JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID BANBURY, AND THOMAS ROBERT GAZAY |

1

DATED: July ___, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3

By: _____
4    LAURA B. SCHER

5    Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

6

7    DATED: July 8, 2008

8

_____*M Van Smith*_____
9    M. VAN SMITH

10   Attorney for Plaintiffs
JEFFREY GIPPETTI, MANUAL ALVARADO,
11   THOMAS DAVID BANBURY, AND THOMAS
ROBERT GAZAY

## DECLARATION OF LAURA B. SCHER

I, Laura B. Scher, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendant United Parcel Service, Inc. ("UPS"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. On May 28, 2008, Paul Hastings' staff acting under my direction served M. Van Smith ("Smith"), counsel of record for Plaintiff Jeffrey Gippetti ("Gippetti"), via U.S. mail with both Defendant United Parcel Service, Inc.'s First Set of Interrogatories Propounded on Plaintiff Jeffrey Gippetti and Defendant United Parcel Service, Inc.'s Second Request to Plaintiff Jeffrey Gippetti to Produce Documents for Copying and Inspection ("UPS's discovery requests").

3. On July 3, 2008, I left a voice message for and sent an email to Smith regarding the status of UPS's discovery requests since UPS had not yet received any response.

4. On July 7, 2008, Smith called me to discuss the status of UPS's discovery requests. He stated that he had lost UPS's discovery requests and asked that I resend the discovery requests. Smith also requested additional time to respond to UPS's discovery requests and stated that Gippetti would respond to UPS's discovery requests as soon as possible

5. On July 7, 2008, I sent Smith a copy of UPS's discovery requests via email.

6. There is good cause to extend the time for the deadline for UPS to file a motion to compel from July 10, 2008, to seven days after UPS receives Gippetti's response to UPS's discovery requests, because it is consistent with the conferral requirements of Federal Rule of Civil Procedure 37(a)(1) and Northern District of California Local Rule 37-1(a) and will avoid a likely unnecessary motion to compel.

7. The only previous time modifications in the case were (1) the continuance of the hearing on Defendant's Motion for Severance of Actions, or in the Alternative, For Separate Trials from September 7, 2007, to October 5, 2007; (2) the continuance of a Case Management Conference from October 5, 2007, to January 4, 2008; (3) the continuance of the hearing on Plaintiff's Motion to Compel the Production of Documents from April 25, 2008, to April 29, 2008; and (4) the Court's continuance of the hearing on Plaintiff's Motion for Sanction for Spoliation of Evidence from June 24, 2008, to July 15, 2008.

8. The parties do not request that the extension of the deadline for UPS to file a motion to compel alter the remaining schedule for the case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 8 day of July, 2008, at San Francisco, California.

_____
LAURA B. SCHER

| | |
|---|---|
| 1 | ## [PROPOSED] ORDER |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | |
| 5 | DATED: 7/10/08 |

*Ronald M. Whyte*

HON. RONALD M. WHYTE

LEGAL_US_W # 59379298.1

Case No. C-07-00812 RMW                    -6-                    [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION TO COMPEL DISCOVERY RESPONSES