| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | THOMAS E. GEIDT (State Bar No. 80955) tomgeidt@paulhastings.com |
| 2 | LAURA B. SCHER (State Bar No. 243754) laurascher@paulhastings.com |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA  94105-3441 |
| 4 | Telephone:  (415) 856-7000 |
| | Facsimile:  (415) 856-7100 |
| 5 | |
| | Attorneys for Defendant |
| 6 | UNITED PARCEL SERVICE, INC. |
| 7 | |
| | M. VAN SMITH (State Bar No. 32007) mvsmith@sbcglobal.net |
| 8 | Attorney at Law |
| | 1696 Mendenhall Drive |
| 9 | San Jose, CA 95130 |
| | Telephone:  (408) 364-1062 |
| 10 | Facsimile: (408) 273-6496 |
| 11 | Attorney for Plaintiffs |
| | JEFFREY GIPPETTI |
| 12 | MANUAL ALVARADO |
| | THOMAS DAVID BANBURY |
| 13 | THOMAS ROBERT GAZAY |

*E-FILED - 8/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | | |
|---|---|---|
| 18 | JEFFREY GIPPETTI, MANUAL ALVARADO, THOMAS DAVID BANBURY, THOMAS ROBERT GAZAY, | Case No. C-07-00812 RMW |
| 19 | | **STIPULATION DISMISSING PLAINTIFF JEFFREY GIPPETTI'S ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | UNITED PARCEL SERVICE, INC., a corporation, et al., | |
| 23 | | |
| 24 | Defendants. | |

---

Case No. C-07-00812 RMW          STIPULATION AND ORDER DISMISSING
                                  GIPPETTI'S ENTIRE ACTION WITH PREJUDICE

1     IT IS HEREBY STIPULATED by and between the parties hereto, though their respective
2 counsel, that Plaintiff Jeffrey Gippetti's entire action shall be dismissed with prejudice pursuant
3 to FRCP 41(a), with each side to bear its own costs and attorneys' fees.

Dated: August 20, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Laura Scher
LAURA B. SCHER

Attorneys For Defendant
UNITED PARCEL SERVICE, INC.

Dated: August 5, 2008      M. VAN SMITH

By: /s/ M. Van Smith
M. VAN SMITH

Attorney For Plaintiffs
JEFFREY GIPPETTI, MANUAL ALVARADO,
THOMAS DAVID BANBURY and THOMAS
ROBERT GAZAY

### [PROPOSED] ORDER

WHEREAS, the parties having stipulated, pursuant to FRCP 41(a) IT IS SO ORDERED that Plaintiff Jeffrey Gippetti's entire action is dismissed with prejudice with each side to bear its own costs and attorneys' fees.

Dated: 8/22, 2008

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE

LEGAL_US_W # 59721884.1

Case No. C-07-00812 RMW      STIPULATION AND ORDER DISMISSING GIPPETTI'S ENTIRE ACTION WITH PREJUDICE